IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FELIX BENTLEY, | * |
| | * |
| Plaintiff, | * |
| | *  CASE NO. 3:07-CV-651-MEF |
| | * |
| v. | * |
| | * |
| | * |
| GREEN TREE SERVICING LLC, ET AL., | * |
| | * |
| Defendants. | * |

## CONSENT TO REMOVAL

COMES NOW Defendant, Mandi Carter, by and through the undersigned counsel, and hereby consents to the removal of this action from the Circuit Court of Macon County, Alabama to the United States District Court for the Middle District of Alabama, Eastern Division.

_____
R. Austin Huffaker, Jr.
    Bar Number: (ASB-3422-F55R)
Attorney for Defendant Mandi Carter

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: 334/206-3100
Fax: 334/263-4157
E-mail:    rah2@rsjg.com