IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

FELIX BENTLEY,             )
                           )
    Plaintiff,             )
                           )
v.                         )   CASE NO. 3:07-CV-651-MHT
                           )
GREEN TREE SERVICING LLC, ET AL., )
                           )
    Defendants,            )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Green Tree Servicing LLC, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Green Tree Investment Holding LLC | Sole Owner |

7/17/07
Date

(Signature)

R. Austin Huffaker, Jr.
(Counsel's Name)

Green Tree Servicing LLC
Counsel for (print names of all parties)
P.O. Box 270, Montgomery, AL 36101

Address, City, State Zip Code
334-206-3126
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

**CERTIFICATE OF SERVICE**

I, R. Austin Huffaker, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U. S. Mail _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 17th day of July 20 07, to:

John R. Bowles, Esq.

P.O. Box 780397

Tallassee, AL 36078

_____

_____

_____

7/17/07
Date

Signature