IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

JUL 17 P 3: 48

FELIX BENTLEY,                          *
                                        *
        Plaintiff,                      *
                                        *    CASE NO. 3:07-cv-651-MEF
                                        *
                                        *
v.                                      *
                                        *
                                        *
                                        *
GREEN TREE SERVICING LLC, ET AL.,       *
                                        *
        Defendants.                     *

### DEFENDANT MANDI CARTER'S
### MOTION TO DISMISS OR, IN THE ALTERNATIVE,
### FOR SUMMARY JUDGMENT

        COMES NOW Defendant Mandi Carter ("Carter") and, pursuant to Rule 12(b),

Fed. R. Civ. P., hereby moves the Court to issue an order dismissing the Complaint on

the grounds that it fails to state a claim upon which relief can be granted.  In the

alternative, to the extent any facts extraneous to the Complaint are necessary for

disposition of this matter, Carter requests that her motion be converted to a Rule 56

motion for summary judgment, pursuant to Rule 12(b), Fed. R. Civ. P.

        In support of this motion, Carter relies upon the following:

        (1)     The Complaint, with exhibits;

        (2)     Green Tree Servicing LLC's Petition for Removal;

(3)    Green Tree Servicing LLC's Motion to Dismiss, or, In the Alternative, For

Summary Judgment, with supporting exhibits; and

(4)    Memorandum Brief, separately filed.

WHEREFORE, Mandi Carter respectfully requests the entry of an order

dismissing the Plaintiff's Complaint.

_____
R. Austin Huffaker, Jr.
          Bar Number: (ASB-3422-F55R)

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone:  334/206-3100
Fax:  334/263-4157
E-mail:      rah2@rsjg.com
**Attorney for Defendant Mandi Carter**

## CERTIFICATE OF SERVICE

I hereby certify that I have served the above and foregoing document upon all interested parties by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the 17th day of July, 2007, as follows:

James R. Bowles
P.O. Box 780397
Tallassee, AL 36078
JamesRBowles@aol.com

_____
OF COUNSEL

2