IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FELIX J. BENTLEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:07-cv-651-MEF |
| | ) |
| GREEN TREE SERVICING, LLC., | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc. #9) filed on August 15, 2007, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before September 4, 2007. The plaintiff may file a reply brief on or before September 11, 2007.

DONE this the 20th day of August, 2007.

/s/ Mark E. Fuller

CHIEF UNITED STATES DISTRICT JUDGE