IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

FELIX BENTLEY

    Plaintiff,

v.      CASE NO. 3:07 cv-651-MEF-SRW

GREEN TREE SERVICING LLC, et al.

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Felix Bentley__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☒ This party is an individual, or
- ☐ This party is a governmental entity, or
- ☒ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

9/7/2007
Date

(Signature)
James R. Bowles
(Counsel's Name)
Felix Bentley
Counsel for (print names of all parties)
Plaintiff
P. O. Box 780397, Tallassee, AL 36078
Address, City, State Zip Code
(334) 283-6548
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

## CERTIFICATE OF SERVICE

I, James R. Bowles, do hereby Certify that a true and correct copy of the foregoing has been furnished by U. S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 7th day of September 20 07, to:

R. Austin Huffaker, Jr., Esq.

P. O. Box 270

Montgomery, AL 36101

9/7/2007
Date

Signature